UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:16-MJ-01519-RN-1

IN RE SEARCH WARRANT          )          **ORDER**
                              )

This case comes before the court on the motion (D.E. 5) by the government to unseal the above captioned matter. For good cause shown based on the facts and reasons stated in the motion, the motion is GRANTED, and the Clerk is DIRECTED to unseal this matter and all documents filed therein.

SO ORDERED, this 29th day of August 2016.

_____
James E. Gates
United States Magistrate Judge

P:\Criminal\Seal or Unseal Orders\Unseal Order 8-29-16.docx